| | | | |
|---|---|---|---|
| TO: | **(PART ONE MATTER)** | OFFENSE: | ATTEMPTING TO PASS AN ALTERED U.S. POSTAL MONEY ORDER, 18 USC §500 |
| FROM: | <u>VERONICA CASANOVA</u><br>U.S. Probation Officer | ORIGINAL SENTENCE: | <u>SIX (6) MONTHS IMPRISONMENT FOLLOWED BY THREE (3) YEARS SUPERVISED RELEASE.</u> |
| RE: | KASSIMU, LUKMAN<br>DOCKET # 04 CR20029-01 | SPEC. CONDITIONS: | <u>THE DEFENDANT SHALL SUBMIT TO ONE(1) DRUG TEST WITHIN FIFTEEN (15) DAYS OF PLACEMENT ON SUPERVISED RELEASE, AND AT LEAST TWO (2) PERIODIC DRUG TESTS THEREAFTER, AND/OR TESTING AND TREATMENT AS DIRECTED BY THE U.S. PROBATION OFFICE. THE DEFENDANT SHALL PROVIDE THE PROBATION OFFICER WITH ANY REQUESTED FINANCIAL INFORMATION.</u> |
| | | AUSA: | <u>TO BE ASSIGNED</u> |
| | | DEFENSE ATTY.: | <u>TO BE ASSIGNED</u> |
| | | MED: | <u>JANUARY 23, 2009</u> |

DATE OF SENTENCE:   <u>November 17, 2005</u>

DATE:   May 10, 2007

ATTACHMENTS:   PSI <u>X</u>      JUDGMENT <u>X</u>      PREVIOUS REPORTS __
PETITION        VIOLATION PETITION

REQUEST FOR:    WARRANT____    SUMMON ____    COURT DIRECTION <u>X</u>

## REQUEST FOR ACCEPTANCE OF JURISDICTION

Lukman Kassimu was sentenced in the Western District of Louisiana on November 17, 2005, as outlined above. He was released from custody on January 24, 2006, to commence his supervised release term. On November 13, 2006, we initiated a transfer of jurisdiction with their Court, given Kassimu's residence and ties to the Southern District of New York.

Attached please find Probation Form 22 signed on December 12, 2006, by the Honorable Tucker L. Melancon, U.S. district Judge for the Western District of Louisiana, ordering that their Court records be transferred to the Southern District of New York, upon this Court's acceptance of jurisdiction.



USDC SDNY
DOCUMENT
...

MAY 2 3 2007

KASSIMU, LUKMAN                    -2-                    42955-V. CASANOVA

## RECOMMENDATION:

We respectfully request that the Court consider accepting the transfer of jurisdiction in this matter. If the Court is in agreement with this recommendation, we ask that both of the attached forms (Prob 22), be endorsed and returned to our office.

                                        Respectfully submitted,

                                        Chris J. Stanton
                                        Chief U.S. Probation Officer

                     By: _____
                                        Veronica Casanova
                                        U.S. Probation Officer
                                        212-805-5190

Approved By:

_____ 5/10/07
Enid Febus                Date
Supervising U.S. Probation Officer